UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAULA RHODES individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 1:17-cv-04297-SEB-TAB ) |
| ENHANCED RECOVERY COMPANY, LLC a Delaware limited liability company, | ) ) ) |
| Defendant. | ) ) |

**ORDER DIRECTING THE FILING OF FINAL JUDGMENT**

The Court finally approved the parties' Class Action Settlement and dismissed this action without prejudice on May 20, 2021, noting that, upon filing of the final report as to the distribution of the settlement fund to the Class, the dismissal would be converted into a dismissal with prejudice. Plaintiff has now filed a Report on the Distribution of the Class Settlement Fund [Dkt. 129] informing the Court that the distribution of the settlement fund in this matter has been concluded. Accordingly, this matter is hereby <u>DISMISSED WITH PREJUDICE</u>. Final judgment shall be issued accordingly.

IT IS SO ORDERED.

Date: _____9/14/2021_____   _____*Sarah Evans Barker*_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kari H. Halbrook
LEWIS BRISBOIS BISGAARD & SMITH LLP
kari.halbrook@lewisbrisbois.com

Benjamin Charles Hoffman
LEWIS BRISBOIS BISGAARD & SMITH LLP
ben.hoffman@lewisbrisbois.com

Larissa G. Nefulda
LEWIS BRISBOIS BISGAARD & SMITH LLP
larissa.nefulda@lewisbrisbois.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com

Stephen H. Turner
LEWIS BRISBOI BISGAARD & SMITH LLP
stephen.turner@lewisbrisbois.com