UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAULA RHODES individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-04297-SEB-TAB ) |
| ENHANCED RECOVERY COMPANY, LLC a Delaware limited liability company, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, this action is dismissed with prejudice.

Date: _____9/14/2021_____   _____*Sarah Evans Barker*_____
                                SARAH EVANS BARKER, JUDGE
                                United States District Court
                                Southern District of Indiana

Distribution:

Kari H. Halbrook
LEWIS BRISBOIS BISGAARD & SMITH LLP
kari.halbrook@lewisbrisbois.com

Benjamin Charles Hoffman
LEWIS BRISBOIS BISGAARD & SMITH LLP
ben.hoffman@lewisbrisbois.com

Larissa G. Nefulda
LEWIS BRISBOIS BISGAARD & SMITH LLP
larissa.nefulda@lewisbrisbois.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com

Stephen H. Turner
LEWIS BRISBOI BISGAARD & SMITH LLP
stephen.turner@lewisbrisbois.com